UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:11-cv-2441-T-30AEP

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

NANCY HOTEL, INC., et al.,

    Defendant.

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME Plaintiff, KENDRICK E. DULDULAO, and DEBORAH L. CANNON, solely in her capacity as Court-Appointed Receiver for the certain property located at 14112 Cortez Boulevard, Brooksville, Florida, a/k/a NANCY HOTEL, INC., d/b/a HOLIDAY INN EXPRESS, by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to a Confidential Settlement Agreement. Dated this 22nd day of May, 2012.

Respectfully submitted,

By: s/ B. Bradley Weitz\_\_\_\_\_  
    B. Bradley Weitz, Esq.  
    Florida Bar No. 479365  
    THE WEITZ LAW FIRM, P.A.  
    Attorney for Plaintiff  
    Bank of America Building  
    18305 Biscayne Blvd., Suite 214  
    Aventura, Florida 33160  
    Telephone: (305) 949-7777  
    Facsimile: (305) 704-3877  
    E-mail: bbw@weitzfirm.com  

By: s/Michael J. Furbush\_\_\_\_\_  
    Michael J. Furbush, Esq.  
    Florida Bar No. 070009  
    ROETZEL & ANDRESS, L.P.A.  
    420 South Orange Avenue  
    CNL Center II, 7th Floor  
    Orlando, Florida 32801  
    Telephone: (407) 896-2224  
    Facsimile: (407) 835-3596  
    Attorney for Defendant  
    Email: mfurbush@ralaw.com  

SO ORDERED: _____  
    United States District Judge

1